

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2015

No. 04-14-00398-CV

Alma L. **GOMEZ** and Alberto F. Gomez,
Appellant/s

v.

**HONDA MOTOR CO., LTD.,** Et al,
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 11-02-26254-MCV
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

Appellants' amended unopposed motion for extension of time to file rehearing is GRANTED. Time is extended to June 8, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court